[No. 2999-1.    Division One.    December 29, 1975.]

RONALD D. FOISY, ET AL, *Respondents*, v. RICHARD KENT WYMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 744703, James J. Dore, J., entered April 8, 1974. *Remanded with instructions* by unpublished per curiam opinion.

[No. 2797-1.    Division One.    December 29, 1975.]

WALCH LOGGING, INCORPORATED, *Appellant*, v. TIMBER INDUSTRIES, INCORPORATED, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 765621, Cornelius C. Chavelle, J., entered January 14, 1974. *Affirmed* by unpublished opinion per Williams, C.J., concurred in by Farris and Callow, JJ.

[No. 3201-1.    Division One.    December 29, 1975.]

THE STATE OF WASHINGTON, *Respondent*, v. RAY STEVEN ARNOLD JAMISON, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 2995, Walter J. Deierlein, Jr., J., entered July 19, 1974. *Affirmed* by unpublished per curiam opinion.

[No. 3482-1.    Division One.    December 29, 1975.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID BENN BAILEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 68081, Erle W. Horswill, J., entered December 9, 1974. *Affirmed* by unpublished per curiam opinion.